**DENIED; and Opinion Filed October 8, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01359-CV

### IN RE WAYNE ANSARA WILEY, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W06-72304-U**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator contends the trial court violated a ministerial duty by not acting on his application for a writ of habeas corpus. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

131359F.P05